**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Kathy Ann HOSLER, Petitioner**

**No. 567 MAL 2016**

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

**AND NOW**, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Nicholas Todd HELMAN, Petitioner**

**No. 600 MAL 2016**

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

**AND NOW**, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Shane Mychal REEVES, Petitioner**

**No. 590 MAL 2016**

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

**AND NOW**, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.